# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 04-00059-001 |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST TO TRAVEL** |
| vs. ) | |
| ) | |
| ESTHER C. ESPANGEL ) | |
| ) | |
| Defendant. ) | |
| ) | |

      On May 18, 2007, the District Court of Guam approved Esther C. Espangel's travel request to Koror, Republic of Palau, to visit her ill father, who is hospitalized. Travel dates authorized were May 18 to 26, 2007. Ms. Espangel was unable to leave as scheduled, and is requesting a change in her travel dates to May 26, 2007 to June 4, 2007. She will be traveling on a "buddy pass" via Continental Airlines as previously planned.

      The Probation Office continues to support Ms. Espangel's request for travel and seeks the District Court's approval.

      RESPECTFULLY submitted this 24<u>th</u> day of May 2007.

                                                  FRANK MICHAEL CRUZ
                                                  Chief U.S. Probation Officer



                      By:        /s/ ROSSANNA VILLAGOMEZ-AGUON
                                  U.S. Probation Officer

Reviewed by:



/s/ FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    File

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Esther C. Espangel**
**USDC Cr. Cs. No. 04-00059-001**
**SS# XXX-XX-1155**
**DOB: XX-XX-1953**
**HT: 5 ft 3 in**
**WT: 153 lbs**

DATE **May 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Koror, Palau**

LEAVING **May 26, 2007** AND RETURNING **June 4, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit ill father.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Koror, Palau;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME  N/A          ☐ APPROVED    ☐ DISAPPROVED
ADDRESS