| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Esther C. Espangel**
**USDC Cr. Cs. No. 04-00059-001**
**SS# XXX-XX-1155**
**DOB: XX-XX-1953**
**HT: 5 ft 3 in**
**WT: 153 lbs**

DATE **May 24, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Koror, Palau**

LEAVING **May 26, 2007** AND RETURNING **June 4, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit ill father.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Koror, Palau;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

[X] APPROVED    [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 24, 2007