| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|



**Esther C. Espangel**
Criminal Case No. 04-00059-001
SS# XXX-XX-1155
DOB: XX-XX-1953
HT: 5 ft 3 in
WT: 153 lbs

DATE **November 14, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Koror, Palau**

LEAVING **November 17, 2007** AND RETURNING **November 23, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit ill parents**.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Koror, Palau;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME N/A
ADDRESS

x APPROVED    ☐ DISAPPROVED

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Nov 15, 2007**