| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

**Esther C. Espangel**
Criminal Case No. 04-00059-001
SS# XXX-XX-1155
DOB: XX-XX-1953
HT: 5 ft 3 in
WT: 153 lbs



DATE **February 27, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO     **Koror, Palau**

LEAVING     **March 8, 2008**     AND RETURNING     **March 22, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit ill parents**.

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Koror, Palau;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME     N/A
ADDRESS _____

[X] APPROVED    [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Feb 28, 2008