# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 04-00059-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| ESTHER C. ESPANGEL | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On May 4, 2005, Esther C. Espangel was sentenced by Designated Judge David O. Carter, U.S. District Court of Guam, for Bank Misapplication, in violation of 18 U.S.C. §656. She was sentenced to 18 months imprisonment followed by four years of supervised release. Her supervised release conditions include that she obey all federal, state, and local laws; not use or possess illegal controlled substances; submit to one urinalysis test within 15 days of release from custody and two more urinalyses thereafter; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; allow the Probation Office access to any and all financial information upon request; obtain and maintain gainful employment; submit to random search and seizure at any time of day, with or without probable cause, by any peace or probation officer; pay a $100 special assessment fee; and pay $211,099 in restitution.

     On October 26, 2006, Ms. Espangel was released from imprisonment, however, she was immediately taken into immigration custody for deportation proceedings. On February 15, 2007, she was released from immigration hold in Danbury, Connecticut, and subsequently returned to Guam to commence her four-year term of supervised release.

     Ms. Espangel paid her special assessment fee on May 5, 2005. Additionally, she has made a total payment of $20,822.29 towards her restitution. Ms. Espangel has been compliant with her conditions and submits her monthly supervision reports on time.

Request to Travel
Re: ESPANGEL, Esther C.
Criminal Case No. 04-00059-001
March 27, 2008
Page 2

      Ms. Espangel is requesting the Court's permission to travel to Koror, Palau to visit her ill parents. She will be traveling on a "buddy pass" via Continental Airlines with her significant other, Herbin Siliang. Her proposed dates of travel are from Aprl 6, 2008 to April 26, 2008. Ms. Espangel was granted permission to travel from January 14, 2008 to January 22, 2008 and March 8, 2008 to March 22, 2008 . However, she was unable to leave on both occasions as a buddy pass seat was not available. She has been allowed to travel to Palau in the past and returned without incident. This Officer therefore supports the travel request and seeks Court approval.

      RESPECTFULLY submitted this <u>27th</u> day of March 2008.

                                              ROSSANNA VILLAGOMEZ-AGUON
                                              Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
                U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer
Supervision Unit Leader

| | | |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |



**Esther C. Espangel**
Criminal Case No. 04-00059-001
SS# XXX-XX-1155
DOB: XX-XX-1953
HT: 5 ft 3 in
WT: 153 lbs

DATE   **March 27, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO   **Koror, Palau**

LEAVING   **April 6, 2008**   AND RETURNING   **April 26, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Visit ill parents**.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Koror, Palau;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodations/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME   N/A
ADDRESS

☐ APPROVED   ☐ DISAPPROVED